IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER SEME | : | CIVIL ACTION |
| v. | : | |
| GIBBONS P.C. | : | NO. 19-857 |

## ORDER

**AND NOW**, this 26th day of June, 2019, upon consideration of Defendant's Motion to Compel Arbitration and to Stay this Action (Docket No. 3) and all document filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED**.

2. The parties shall submit this matter to arbitration pursuant to the employment arbitration rules of the American Arbitration Association.

3. This matter is **STAYED** pursuant to 9 U.S.C. § 3 pending the outcome of the arbitration.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.